UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 00-6729

JAWWAAD BILAL,

Petitioner - Appellant,

versus

RONALD ANGELONE,

Respondent - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  James C. Cacheris, Senior District Judge.  (CA-00-213-A)

Submitted:  August 10, 2000      Decided:  September 26, 2000

Before NIEMEYER, WILLIAMS, and KING, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Jawwaad Bilal, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Jawwaad Bilal seeks to appeal the district court's order dismissing as untimely his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 2000) and a subsequent order denying relief on his post-judgment motions for reconsideration. Bilal did not file a notice of appeal of the district court's denial of the post-judgment motions, Fed. R. App. P. 4(a)(4)(B)(ii); see United States v. Holland, 214 F.3d 523, 525 n.4 (4th Cir. 2000). Therefore, Bilal's appeal is only timely as to the district court's denial of his § 2254 petition.

We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See Bilal v. Angelone, No. CA-00-213-A (E.D. Va. Apr. 18, 2000)*. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

---

* Although the district court's order is marked as "filed" on April 18, 2000, the district court's records show that it was entered on the docket sheet on April 19, 2000. Pursuant to Rules 58 and 79(a) of the Federal Rules of Civil Procedure, it is the date the order was entered on the docket sheet that we take as the effective date of the district court's decision. See Wilson v. Murray, 806 F.2d 1232, 1234-35 (4th Cir. 1986).